IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
-------------------------------------------------------  x
In re:                                                   :  Chapter 11
                                                         :
Mrs. Fields' Original Cookies, Inc., et al.,[1]          :  Case No. 08-11953 (   )
                                                         :
                    Debtors.                             :
                                                         :
-------------------------------------------------------  x
```

## LIST OF EQUITY SECURITY HOLDERS

A list of the equity security holders (the "Equity List") of each of the above-captioned debtors and debtors-in-possession (collectively, the "Debtors"), as of August 24, 2008, is filed by attachment hereto in accordance with Fed. R. Bankr. P. 1007(a)(3).

The Equity List has been prepared from the Debtors' books and records.

## DECLARATION REGARDING LIST OF EQUITY SECURITY HOLDERS

I, Michael R. Ward, Authorized Signatory for each of the Debtors in the above-captioned cases, declare under penalty of perjury that I have reviewed the attached Equity List and that it is true and correct to the best of my knowledge, information, and belief, with reliance on appropriate corporate officers and the Debtors' books and records.

Dated: August 24, 2008

/s/ Michael R. Ward
Michael R. Ward
Authorized Signatory for the Debtors

---

[1] The Debtors and the last four digits of their taxpayer identification numbers are: Mrs. Fields' Original Cookies, Inc. (2899); Mrs. Fields Famous Brands, LLC (6938); Mrs. Fields Financing Company, Inc. (4100); Mrs. Fields Franchising, LLC (4068); Mrs. Fields Gifts, Inc. (3404); The Mrs. Fields' Brand, Inc. (6966); Mrs. Fields Cookies Australia (8672); TCBY Systems, LLC (7081); TCBY International, Inc. (5988); TCBY of Texas, Inc. (4436); PTF, LLC (6953); PMF, LLC (6954); GACCF, LLC (4081); GAMAN, LLC (6961). The address for the Debtors is 2855 East Cottonwood Parkway, Suite 400, Salt Lake City, UT, 84121.

## List of Equity Security Holders

| NAME OF DEBTOR | NAME OF SHARE/INTEREST-HOLDER | OWNERSHIP INTEREST | NUMBER AND TYPE OF INTEREST |
|---|---|---|---|
| Mrs. Fields' Original Cookies, Inc.<br>2855 East Cotton Wood Parkway<br>Suite 400<br>Salt Lake City, Utah 84121 | Mrs. Fields' Holding Company, Inc.<br>2855 East Cotton Wood Parkway<br>Suite 400<br>Salt Lake City, Utah 84121 | 100% | 714 shares |
| Mrs. Fields Famous Brands, LLC<br>2855 East Cotton Wood Parkway<br>Suite 400<br>Salt Lake City, Utah 84121 | Mrs. Fields' Original Cookies, Inc.<br>2855 East Cotton Wood Parkway<br>Suite 400<br>Salt Lake City, Utah 84121 | 100% | 100 equity interests |
| GACCF, LLC<br>2855 East Cotton Wood Parkway<br>Suite 400<br>Salt Lake City, Utah 84121 | Mrs. Fields Famous Brands, LLC<br>2855 East Cotton Wood Parkway<br>Suite 400<br>Salt Lake City, Utah 84121 | 100% | 100 equity interests |
| The Mrs. Fields' Brand, Inc.<br>2855 East Cotton Wood Parkway<br>Suite 400<br>Salt Lake City, Utah 84121 | Mrs. Fields Famous Brands, LLC<br>2855 East Cotton Wood Parkway<br>Suite 400<br>Salt Lake City, Utah 84121 | 100% | 100 common shares |
| TCBY Systems, LLC<br>2855 East Cotton Wood Parkway<br>Suite 400<br>Salt Lake City, Utah 84121 | Mrs. Fields Famous Brands, LLC<br>2855 East Cotton Wood Parkway<br>Suite 400<br>Salt Lake City, Utah 84121 | 100% | 100 shares |
| TCBY of Texas, Inc.<br>2855 East Cotton Wood Parkway<br>Suite 400<br>Salt Lake City, Utah 84121 | TCBY Systems, LLC<br>2855 East Cotton Wood Parkway<br>Suite 400<br>Salt Lake City, Utah 84121 | 100% | 1000 shares |
| TCBY International, Inc.<br>2855 East Cotton Wood Parkway<br>Suite 400<br>Salt Lake City, Utah 84121 | TCBY Systems, LLC<br>2855 East Cotton Wood Parkway<br>Suite 400<br>Salt Lake City, Utah 84121 | 100% | 300 shares |

| PTF, LLC
2855 East Cotton Wood Parkway
Suite 400
Salt Lake City, Utah 84121 | Mrs. Fields Famous Brands, LLC
2855 East Cotton Wood Parkway
Suite 400
Salt Lake City, Utah 84121 | 100% | 100 equity interests |
|---|---|---|---|
| PMF, LLC
2855 East Cotton Wood Parkway
Suite 400
Salt Lake City, Utah 84121 | Mrs. Fields Famous Brands, LLC
2855 East Cotton Wood Parkway
Suite 400
Salt Lake City, Utah 84121 | 100% | 100 equity interests |
| Mrs. Fields Gifts, Inc.
2855 East Cotton Wood Parkway
Suite 400
Salt Lake City, Utah 84121 | Mrs. Fields Famous Brands, LLC
2855 East Cotton Wood Parkway
Suite 400
Salt Lake City, Utah 84121 | 100% | 100 common shares |
| Mrs. Fields Franchising, LLC
2855 East Cotton Wood Parkway
Suite 400
Salt Lake City, Utah 84121 | Mrs. Fields Famous Brands, LLC
2855 East Cotton Wood Parkway
Suite 400
Salt Lake City, Utah 84121 | 100% | 100 equity interests |
| Mrs. Fields Financing Company, Inc.
2855 East Cotton Wood Parkway
Suite 400
Salt Lake City, Utah 84121 | Mrs. Fields Famous Brands, LLC
2855 East Cotton Wood Parkway
Suite 400
Salt Lake City, Utah 84121 | 100% | 100 ownership units |
| Mrs. Fields Cookies Australia
2855 East Cotton Wood Parkway
Suite 400
Salt Lake City, Utah 84121 | Mrs. Fields Famous Brands, LLC
2855 East Cotton Wood Parkway
Suite 400
Salt Lake City, Utah 84121 | 100% | 100 shares |
| GAMAN, LLC
2855 East Cotton Wood Parkway
Suite 400
Salt Lake City, Utah 84121 | Mrs. Fields Famous Brands, LLC
2855 East Cotton Wood Parkway
Suite 400
Salt Lake City, Utah 84121 | 100% | 100 equity interests |

2335233v1