IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------- x
In re:                                : Chapter 11
                                      :
Mrs. Fields' Original Cookies, Inc., et al.,[1]   : Case No. 08-11953 (    )
                                      :
           Debtors.                   :
                                      :
---------------------------------------------------------- x

**CONSOLIDATED LIST OF CREDITORS**

A consolidated list of the creditors (the "Creditor List") of each of the above-captioned debtors and debtors-in-possession (collectively, the "Debtors"), as of approximately August 1, 2008, is filed by attachment hereto in accordance with Fed. R. Bankr. P. 1007(a)(3).

The Creditor List has been prepared from the Debtors' books and records. The Creditor List contains only those creditors whose names and addresses were maintained in the databases of the Debtors or were otherwise readily ascertainable by the Debtors prior to the commencement of these bankruptcy cases.

Certain of the creditors listed in the Creditor List may not hold outstanding claims against the Debtors as of the date hereof and, therefore, may not be creditors for purposes of these bankruptcy cases. By filing the Creditor List, the Debtors do not waive or prejudice their rights to object to the extent, validity, or enforceability of claims, if any, that may be held by the parties identified therein.

---

[1] The Debtors and the last four digits of their taxpayer identification numbers are: Mrs. Fields' Original Cookies, Inc. (2899); Mrs. Fields Famous Brands, LLC (6938); Mrs. Fields Financing Company, Inc. (4100); Mrs. Fields Franchising, LLC (4068); Mrs. Fields Gifts, Inc. (3404); The Mrs. Fields' Brand, Inc. (6966); Mrs. Fields Cookies Australia (8672); TCBY Systems, LLC (7081); TCBY International, Inc. (5988); TCBY of Texas, Inc. (4436); PTF, LLC (6953); PMF, LLC (6954); GACCF, LLC (4081); GAMAN, LLC (6961). The address for the Debtors is 2855 East Cottonwood Parkway, Suite 400, Salt Lake City, UT, 84121.

## DECLARATION REGARDING CONSOLIDATED LIST OF CREDITORS

I, Michael R. Ward, Authorized Signatory for each of the Debtors, declare under penalty of perjury that I have reviewed the attached Consolidated List of Creditors and that it is true and correct to the best of my knowledge, information, and belief, with reliance on appropriate corporate officers and the Debtors' books and records.

Dated: August 24, 2008

/s/ Michael R. Ward
Michael R. Ward
Authorized Signatory for the Debtors