IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

```
- - - - - - - - - - - - - - - x
                               :  Chapter 11
In re:                         :
                               :  Case No. 08-11953 (___)
Mrs. Fields' Original          :
Cookies, Inc., et al.,¹        :  Jointly Administered
                               :
            Debtors.           :
                               :
- - - - - - - - - - - - - - - x
```

**NOTICE OF FILING OF JOINT PREPACKAGED PLAN OF REORGANIZATION UNDER CHAPTER 11 OF THE BANKRUPTCY CODE OF MRS. FIELDS' ORIGINAL COOKIES, INC., AND CERTAIN SUBSIDIARIES**

PLEASE TAKE NOTICE that on August 24, 2008, the debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), filed the attached Joint Prepackaged Plan of Reorganization under Chapter 11

---

[1] The Debtors and the last four digits of their taxpayer identification numbers are: Mrs. Fields' Original Cookies, Inc. (2899); Mrs. Fields Famous Brands, LLC (6938); Mrs. Fields Financing Company, Inc. (4100); Mrs. Fields Franchising, LLC (4068); Mrs. Fields Gifts, Inc. (3404); The Mrs. Fields' Brand, Inc. (6966); Mrs. Fields Cookies Australia (8672); TCBY Systems, LLC (7081); TCBY International, Inc. (2845); TCBY of Texas, Inc. (4436); PTF, LLC (6953); PMF, LLC (6954); GACCF, LLC (4081); GAMAN, LLC (6961).  The address for each of the Debtors is 2855 East Cottonwood Parkway, Suite 400, Salt Lake City, Utah, 84121.

of the Bankruptcy Code of Mrs. Fields' Original Cookies, Inc., and Certain Subsidiaries

Dated:   Wilmington, Delaware
         August 24, 2008

                MONTGOMERY, MCCRACKEN, WALKER
                   & RHOADS, LLP


                /s/ David R. Hurst
                David R. Hurst (I.D. No. 3743)
                Mark L. Desgrosseilliers (I.D. No. 4083)
                1105 North Market Street, Suite 1500
                Wilmington, Delaware 19801
                (302) 504-7800

                Proposed Attorneys for Debtors and
                  Debtors-in-Possession