IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

---------------------------------------------------------------x
                                    :
In re                               :    Chapter 11
                                    :
MRS. FIELDS' ORIGINAL COOKIES,      :    Case No. 08-11953 (PJW)
INC., et al.,[1]                    :
                                    :    (Jointly Administered)
        Debtors.                    :
                                    :
---------------------------------------------------------------x

## CERTIFICATION OF FINANCIAL BALLOTING GROUP LLC WITH RESPECT TO THE TABULATION OF VOTES ON THE DEBTORS' PLAN OF REORGANIZATION

STATE OF NEW YORK    )
                     )    ss.:
COUNTY OF NEW YORK   )

Jane Sullivan, being duly sworn, deposes and says, under penalty of perjury:

1. I am the Executive Director of Financial Balloting Group LLC ("FBG"), located at 757 Third Avenue, New York, New York 10017, the voting and tabulation agent designated by Mrs. Fields' Original Cookies, Inc. ("Mrs. Fields") and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in possession (collectively, the "Debtors"), to assist with the service of solicitation packages upon the holders of the Class 3 Secured Notes Claims described on Exhibit A hereto (the "Secured Notes"), the holder of the Class 5 MFOC Note Claims (the "MFOC Notes"), and the holder of the Class 8A MFOC Equity Interests (the

---

[1] The Debtors and the last four digits of their taxpayer identification numbers are: Mrs. Fields' Original Cookies, Inc. (2899); Mrs. Fields Famous Brands, LLC (6938); Mrs. Fields Financing Company, Inc. (4100); Mrs. Fields Franchising, LLC (4068); Mrs. Fields Gifts, Inc. (3404); The Mrs. Fields' Brand, Inc. (6966); Mrs. Fields Cookies Australia (8672); TCBY Systems, LLC (7081); TCBY International, Inc. (5988); TCBY of Texas, Inc. (4436); PTF, LLC (6953); PMF, LLC (6954); GACCF, LLC (4081); GAMAN, LLC (6961). The address for each of the Debtors is 2855 East Cottonwood Parkway, Suite 400, Salt Lake City, UT, 84121.

"MFOC Equity"), in connection with the tabulation of ballots cast with respect to the Joint Prepackaged Plan of Reorganization Under Chapter 11 of the Bankruptcy Code of Mrs. Fields' Original Cookies, Inc. and Certain Subsidiaries (the "Mrs. Fields Prepackaged Plan") attached as Appendix I to the Disclosure Statement for the Joint Prepackaged Plan of Reorganization Under Chapter 11 of the Bankruptcy Code of Mrs. Fields' Original Cookies Inc. and Certain Subsidiaries, dated August 15, 2008 (the "Disclosure Statement"). Unless otherwise stated, I have personal knowledge of the facts hereinafter set forth, and if called as a witness, could and would testify competently thereto.

2. The procedures for the solicitation and tabulation are outlined in the Disclosure Statement as well as the related ballots and master ballots (the "Solicitation Procedures"). FBG was designated by the Debtors to review, determine the validity of, and tabulate ballots submitted to vote for the acceptance or rejection of the Mrs. Fields Pre-Packaged Plan by holders of claims and interests in classes 3, 5, and 8A (collectively, the "Voting Classes"). I supervised the tabulation procedures being performed by personnel of FBG.

3. FBG's professional staff has considerable experience in tabulating the ballots of creditors and security holders with respect to plans of reorganization.

4. FBG was instructed to tabulate ballots submitted by holders of claims and interests in the Voting Classes in accordance with the Solicitation Procedures.

5. As specified in the Solicitation Procedures, the Record Date for determining the holders of claims and interests in the Voting Classes was August 6, 2008.

6. Ballots returned by mail, hand delivery, or overnight courier were received by personnel of FBG at the offices of FBG in New York City. All ballots received were date- and time-stamped upon receipt and were processed in accordance with the procedures outlined in the Solicitation Procedures.

7. In order for a ballot to be counted as valid, the ballot must have been properly completed and executed by the holder of a claim or interest, or such holder's authorized representative, and must have been received by the deadline of 5:00 p.m. (prevailing Eastern Time) on September 15, 2008 (the "Voting Deadline").

8. Ballots not validly executed in accordance with the Solicitation Procedures and/or not received by the Voting Deadline were not counted. Issues with respect to the validity of ballots were resolved by FBG's supervisory personnel in accordance with the Solicitation Procedures.

9. All validly executed ballots cast by holders of claims in the Voting Classes and received by FBG on or before the Voting Deadline were tabulated as outlined in the Solicitation Procedures.

10. I hereby certify that the results of the voting by holders of claims in the Voting Classes are as set forth in Exhibit "A" hereto, which is a true and correct copy of the final tabulation of votes cast by timely and properly completed ballots received by FBG.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

*Jane Sullivan*
Jane Sullivan

STATE OF NEW YORK )
)
COUNTY OF NEW YORK )

SUBSCRIBED AND SWORN TO BEFORE ME on this the 16th day of September 2008.

_____
Notary Public

REGINA AMPORFRO
Notary Public, State of New York
No. 01AM6064506
Qualified in Bronx County
Certificate Filed in New York County
Commission Expires Sept. 24, 2009

4

**Exhibit A**

# MRS. FIELDS PREPACKAGED PLAN

## TABULATION OF BALLOTS

|  | Amount Accepting (% of Amount Voted) | Amount Rejecting (% of Amount Voted) | Number Accepting (% of Amount Voted) | Number Rejecting (% of Amount Voted) |
|---|---|---|---|---|
| CLASS 3 (SECURED NOTE CLAIMS) $195,747,000 OUTSTANDING | $184,293,000.00 (99.96%) | $67,000.00 (0.04%) | 153 (98.71%) | 2 (1.29%) |
| CLASS 5* (MFOC NOTE CLAIM) | ALL (100.00%) | $0.00 (0.00%) | 1 (100.00%) | 0 (0.00%) |
| CLASS 8A† (MFOC EQUITY INTERESTS) | ALL (100.00%) | 0 (0.00%) | N/A | N/A |

---

* "MFOC Note" means that certain 16.5% Amended and Restated Promissory Note issued by Mrs. Fields' Original Cookies, Inc. to Capricorn.

† "MFOC Equity" means the equity in MFOC, which equity is wholly owned by MFH [Mrs. Fields' Holding Company, Inc.], the sole shareholder of MFOC.